UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CHARLES R. PELLIEN,<br><br>**Debtor.** | MOTION TO DISMISS FOR<br>FAILURE TO PROSECUTE<br><br>CASE NO. 23-10439 B |

   Julie Philippi, Chapter 13 Trustee, respectfully moves this Court for the dismissal of the above-captioned case pursuant to 11 U.S.C. § 1307(c)(1) and Federal Rule of Bankruptcy Procedure 1017 for unreasonable delay that is prejudicial to creditors.

   On May 07, 2023, Debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code commencing this case. The meeting of creditors and/or confirmation hearing have been adjourned several times for Debtor to file an amended chapter 13 plan, schedules, or other related documents or to provide additional information to the Trustee. See Tasks Required for Confirmation filed on June 26, 2023 (ECF #20). The required amendments have not been filed or the information has not been provided to the Trustee resulting in an unreasonable delay in the case that is preventing confirmation and is prejudicial to creditors. The Trustee submits cause exists to dismiss the petition.

   WHEREFORE, the Trustee respectfully requests an order from the Court:

1.  Dismissing the above-captioned case for the reasons set forth above; and
2.  Granting any other relief that the Court deems just and proper.

Dated: 10/13/2023             */s/Julie Philippi*
                      JULIE PHILIPPI
                      CHAPTER 13 TRUSTEE