UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION



IN RE:

**CHARLES R. PELLIEN**
SSN: xxx-xx-3990

CASE NO. 23-10439 B

## AMENDED ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

**Upon representation of the Chapter 13 Trustee or other interested party, the Court finds that:**
Pursuant to the provisions of the confirmed Chapter 13 Plan in the above-captioned case, the Debtor has agreed to submit all necessary future earnings to the exclusive jurisdiction of this Court for the purpose of consummating the Plan;

The Court now **ORDERS** that, until further order of this Court, the following employer of the Debtor:

**COVANTA ENVIRONMENTAL SVCS**
**ATTN: PAYROLL DEPT**
**445 SOUTH ST**
**MORRISTOWN, NJ 07960**

shall pay **$1160.00 monthly**, depending on the applicable pay period, beginning on the next payday following the receipt of this order and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination, or other benefits arising out of present or past employment of the Debtor and to immediately remit any sums deducted to:

**JULIE PHILIPPI, CHAPTER 13 TRUSTEE**
**PO BOX 613439**
**MEMPHIS, TN 38101-3439**

**or payments may be made electronically as authorized by the Chapter 13 Trustee.**

**IT IS FURTHER ORDERED** that all earnings and wages of the Debtor, except the amount required to be withheld by the provision of any laws of the United States or the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between Employer and the Debtor, or by the order of this Court, be paid to the aforesaid Debtor in accordance with the employer's usual payroll procedures.

**IT IS FURTHER ORDERED** that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the Debtor.

**IT IS FURTHER ORDERED** that this Order supersedes any previous orders made to the Employer in this case.

**IT IS FURTHER ORDERED** that release of this Order can be made by Notice from the Clerk of the U.S. Bankruptcy Court.

Dated: FEB 2 0 2024

HON. Carl L. Bucki, U.S.B.J.

FILED FEB 2 0 2024 BANKRUPTCY COURT